875 A.2d 702

## CSX TRANSPORTATION, INC.

v.

## Donald E. MILLER.

No. 124, Sept. Term, 2004.

Court of Appeals of Maryland.

June 7, 2005.

Stephen B. Caplis (Amy E. Askew, Whiteford, Taylor & Preston, L.L.P., Baltimore, on brief), for petitioner.

C. Richard Cranwell (H. Keith Moore, Cranwell, Moore & Bullington, P.L.C., Roanoke, VA, Guy M. Albertini, Albertini, Singleton, Gendler, Darby, Baltimore, on brief), for respondent.

John Parker Sweeney, T. Sky Woodward, Meagan Newman, Miles & Stockbridge, Baltimore, Joe G. Hollingsworth, Stephen A. Klein, Robert E. Johnston, Spriggs & Hollingsworth, Robin S. Conrad, National Chamber Litigation Center, Washington, DC, George S. Tolley, III, Dugan Babij & Tolley, LLC, Timonium, amicus curiae.

Argued before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

## PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 7th day of June, 2005,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.